IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02260-RPM

ANTHEL JOHNSON, as natural mother of
RASHAUD RUSSELL, a minor,

    Plaintiff,

v.

GEICO INDEMNITY COMPANY,

    Defendant.

_____

# JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order entered by Senior Judge Richard P. Matsch today, it is

ORDERED AND ADJUDGED that this civil action is dismissed. Defendant is awarded costs upon the filing of a bill of costs within 14 days.

Dated: May 16th, 2013

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                    s/M.V. Wentz
                By_____
                        Deputy